IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDY ALTEMUS and RICHARD ALTEMUS, h/w, | |
| Plaintiffs, | Civil No. 07-2824-RBK-AMD |
| v. | |
| CITY OF OCEAN CITY, | |
| Defendant. | |

**SCHEDULING ORDER IN ARBITRATION CASE**

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on November 20, 2008; and the Court noting the following appearances: Gary Brownstein, Esquire, appearing on behalf of the plaintiffs; and James P. Savio, Esquire, appearing on behalf of the defendant; and for good cause shown:

      IT IS this **21st** day of **November 2008,** hereby **ORDERED:**

      1.  Pretrial factual discovery is hereby extended to **January 30, 2009.**  All pretrial discovery shall be concluded by that date.  All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

      2.  The Court will conduct an in-person settlement conference on **January 30, 2009 at 12:00 Noon**.  Clients with settlement authority shall be available via telephone.  Counsel shall exchange and submit settlement memoranda to the Court at least one week prior to the conference.

      s/ Ann Marie Donio
      ANN MARIE DONIO
      United States Magistrate Judge

cc:  Hon. Robert B. Kugler